IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                          1:02CR00214-006

MUKHTAR AL-BAKRI,

        Defendant.
_____

## SATISFACTION OF MONETARY JUDGMENT

The above-named defendant has paid in full and/or satisfied the monetary imposition (special assessment, fine, and/or restitution), imposed against the defendant on December 3, 2003, and entered on December 17, 2003.

The Clerk of the United States District Court for the Western District of New York is hereby authorized and empowered to satisfy and cancel record of the above-referenced judgment.

DATED: Buffalo, New York, June 25, 2014.

                                      WILLIAM J. HOCHUL, JR.
                                      United States Attorney

        BY:    s/KEVIN D. ROBINSON
                 Assistant United States Attorney
                 United States Attorney's Office
                 Western District of New York
                 138 Delaware Avenue
                 Buffalo, New York 14202
                 (716) 843-5700, ext. 15804
                 Kevin.D.Robinson@usdoj.gov